IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MALIEK BROOKINS**                                                                   **PLAINTIFF**
**#262201**

v.                   **CASE NO: 4:23-CV-01092-BSM-PSH**

**BROWN,** *et al.*                                                    **DEFENDANTS**

## ORDER

Having reviewed the record *de novo*, Magistrate Judge Patricia S. Harris's recommended disposition [Doc. No. 6] is adopted and Maliek Brookins's complaint is dismissed without prejudice. This dismissal counts as a "strike" within the meaning of 28 U.S.C. § 1915(g) and an *in forma pauperis* appeal from this order would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3),

IT IS SO ORDERED this 26th day of January, 2024.

                                                     /s/ Brian S. Miller
                                               UNITED STATES DISTRICT JUDGE