IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MALIEK BROOKINS**                                                                     **PLAINTIFF**
**#262201**

v.                    **CASE NO: 4:23-CV-01092-BSM-PSH**

**BROWN,** *et al.*                                                          **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 26th day of January, 2024.

_____
UNITED STATES DISTRICT JUDGE